■ In the Matter of M. CHILDREN. COMMISSIONER OF THE ADMINISTRATION FOR CHILDREN'S SERVICES, CITY OF NEW YORK, Petitioner. WILSON M., Respondent; MARIA O., Respondent; MITCHELL REGENBOGEN, Nonparty Appellant. [672 NYS2d 792] —In a neglect proceeding pursuant to Family Court Act article 10, the nonparty Mitchell Regenbogen appeals from an order of the Family Court, Kings County (Segal, J.), dated February 28, 1997, which imposed a sanction of $1,000 upon him pursuant to 22 NYCRR 130-1.1.

Ordered that the order is affirmed, with costs.

Under the circumstances of this case, it was not an improvident exercise of discretion to impose a sanction upon the appellant. Thompson, J. P., Sullivan, Joy and Florio, JJ., concur.